IN THE CIRCUIT COURT OF THE TWENTIETH JUDICIAL CIRCUIT IN AND FOR CHARLOTTE COUNTY, FLORIDA

CASE NO: 23000096CA

ROSE PIETRASIAK,

    PLAINTIFF,

vs.

MARIANNE MOAR AND BRIAN MOAR,

    DEFENDANT.

_____/

## COMPLAINT

Plaintiff, **ROSE PIETRASIAK**, sues Defendants, **MARIANNE MOAR AND BRIAN MOAR**, and alleges:

1. This is an action for damages that exceeds the sum of FIFTY THOUSAND DOLLARS ($50,000), exclusive of costs, interest and attorneys' fees (The estimated value of Plaintiff's claim is in excess of the minimum jurisdictional threshold required by this Court). Accordingly, Plaintiff has entered "$50,001" in the civil cover sheet for the "estimated amount of the claim" as required in the preamble to the civil cover sheet for jurisdictional purposes only (the Florida Supreme Court has ordered that the estimated "amount of claim" be set forth in the civil cover sheet for data collection and cleri-cal purposes only). The actual value of Plaintiff's claim will be determined by a fair and just jury in accordance with Article 1, Section 21, Fla. Const. At all times material to this action,

2. At all times material to this action, Plaintiff, **ROSE PIETRASIAK**, was and is a natural person residing in Charlotte County, Florida.

3. At all times material to this action, Defendant, **MARIANNE MOAR**, is a natural person residing in the District of Parry Sound, Ontario, Canada.

4. At all times material to this action, Defendant, **BRIAN MOAR**, is a natural person residing in the District of Parry Sound, Ontario, Canada.

5. On or about October 6, 2022, Plaintiff, **ROSE PIETRASIAK**, was operating a motor vehicle West on Cougar Way in Charlotte County, Florida.

6. At that time and place, Defendant, **MARIANNE MOAR**, was operating a motor vehicle owned by Defendant, **BRIAN MOAR**, North on Indian Creek Drive in Charlotte County, Florida.

7. Defendant, **MARIANNE MOAR**, was operating and driving the motor vehicle with the permission and consent of its owner, Defendant, **BRIAN MOAR**.

## COUNT I

## CLAIM OF ROSE PIETRASIAK AGAINEST BRIAN MOAR

Plaintiff re- alleges and incorporates by reference paragraphs 1-7, and further states:

8. Defendant, **BRIAN MOAR**, is vicariously liable for the negligence of Defendant, **MARIANNE MOAR,** pursuant to the Florida Dangerous Instrumentality Doctrine.

9. As a direct and proximate result of Defendants' negligence, Plaintiff suffered bodily injury including a permanent injury to the body as a whole, pain and suffering of both a physical and mental nature, disability, physical impairment, disfigurement, mental anguish, inconvenience, loss of capacity for the enjoyment of life, aggravation of an existing condition, expense of hospitalization, medical and nursing care and treatment, loss of earnings, loss of ability to earn money and loss of ability to lead and enjoy a normal life. The losses are either permanent or continuing and Plaintiff will suffer the losses in the future. Plaintiff's motor vehicle was also damaged.

## COUNT II

## CLAIM OF ROSE PIETRASIAK AGAINST MARIANNE MOAR

Plaintiff re- alleges and incorporates by reference paragraphs 1-8, and further states:

10. At that time and place, Defendant, **MARIANNE MOAR,** negligently operated and/or maintained the motor vehicle so that it collided with Plaintiff's motor vehicle.

11. As a result, Plaintiff suffered bodily injury including permanent injury to the body as a whole, pain and suffering of both a physical and mental nature, disability, physical impairment, disfigurement,

mental anguish, inconvenience, loss of capacity for the enjoyment of life, aggravation of an existing condition, expense of hospitalization, medical and nursing care and treatment, loss of earnings, loss of ability to earn money and loss of ability to lead and enjoy a normal life. The losses are either permanent or continuing and Plaintiff will suffer the losses in the future. Plaintiff's motor vehicle was also damaged.

**WHEREFORE**, Plaintiff, **ROSE PIETRASIAK**, demands judgment against Defendants, **MARIANNE MOAR AND BRIAN MOAR** in excess of FIFTY Thousand Dollars ($50,000.00). **PLAINTIFF ALSO DEMANDS A JURY TRIAL ON ALL ISSUES SO TRIABLE.**

RESPECTFULLY submitted this 20th day of January 2023.

/s/ *Jason Leonard esq.*
_____
Jason R. Leonard, Esquire
FBN 67223
Morgan & Morgan, P.A.
P.O. Box 9504
Ft. Myers, FL 33906
Telephone: (239) 433-6880
Facsimile: (239) 433-6836
Attorney for Plaintiff
E-Mail: jasonleonard@forthepeople.com
Npaula@forthepeople.com
mblanco@forthepeople.com